**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**PETER MORGAN and
KIM MORGAN,**

      **Plaintiffs,**

      vs.                                               Cause No. 07-CV-420 DRH

**COMMERCIAL RECOVERY
SYSTEMS, INC.,**

      **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.----------------------------------------------------------------------------

                                                     **NORBERT G. JAWORSKI, CLERK**

December 19, 2007                            By:   s/Patricia Brown
                                                              Deputy Clerk

APPROVED: /s/     *David R Herndon*
                       **CHIEF JUDGE
                       U.S. DISTRICT COURT**